# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phil Degginger,<br>Plaintiff,<br>vs.<br>McGraw-Hill Global Education Holdings LLC, et al.,<br>Defendants. | CV-14-2429-TUC-DCB (DTF)<br><br>ORDER |

Magistrate Judge Ferraro issued his Report and Recommendation on February 11, 2015, recommending that the District Court grant the Defendants' Motion to Dismiss Plaintiff's Count 2 of the Complaint. A copy was sent to all parties, notifying all parties that written objections must be filed within fourteen days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Ferraro's Report and Recommendation (Doc. 32) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss Count 2 of the Complaint (Doc. 28) is GRANTED. No judgment shall enter at this juncture.

//

//

     IT IS FURTHER ORDERED that this action is referred back to the Magistrate Judge to continue pretrial management.

     DATED this 2nd day of March, 2015.

David C. Bury
United States District Judge